125 A.3d 409

COMMONWEALTH of Pennsylvania, Respondent

v.

Charles McCULLOUGH, Petitioner.

Supreme Court of Pennsylvania.

Nov. 6, 2015.

### ORDER

PER CURIAM.

AND NOW, this 6th day of November, 2015, the Petition Pursuant to Pa.R.J.A. 1701 for the Expedited Allowance of a Subpoena Directed to a Sitting Commonwealth Court Judge is **GRANTED.**